Good morning, your honors. My name is Chief Senator Harmon. I represent and seek justice here today for petitioner Camille Lewis. This is a case about timing. The timing of a 5-plus years petition. The District Court ruled that Ms. Lewis' petition was unkindly and the District Court was wrong. There are two global cases for that prescription that are supported by three major rationales. I'm going to introduce myself. Beginning with the first rationale is that the court's factual findings support the timely filing of the State of Nevada's so-called factual findings, which will never be interstated with the District Court's summary of the petition. The District Court's factual findings that are relevant to this case are found premierly in Excerpts of Record. There's one, two, and three there that District Court laid out. Now, this is Camille Lewis' original filing, which was not only timely, but timely by more than three months. Talk to me a little bit about this unfiling, this notice of appeals that your client filed. It seems to be on a pre-printed form, and I just want to find out a little bit more about this form. Did she create it? Was it created at the prison, or was a form made available by the prison? What's the use of it? I'm trying to find out more about the form. Can you tell me? And you're referring to it as the materials on time by Excerpts of Record, pages 19 through 23. And this gets into the factual findings of the petition that were not made in this case. You cannot know what sort of facilities exist at the Florence and Eclair Correctional Facilities until the office is participating in an entirely aminous filing. And there's some evidence there in this petition because the answer to this court's question, these filings are for state court, not federal. Can you talk to me a little bit about that? It's EOR-019, and it says it's United States District Court. United States District Court, District of Nevada, notice of appeal. Do you know what I'm talking about? Yes, I do. How was that generated? Who made that form? It looks like it is a Toilet Plate form, Your Honor, and I'm not exactly sure if that is a Toilet Plate form that we would give out for federal criminal defendants. I'm not sure where she got this. I have a feeling it's the same court document that she doctored of the state district of Nevada at the time, but I'm not exactly sure. And so did you still have processing form for her habeas? There is processing form. And I'm having a little trouble figuring out why she would be required to file that. I'm sorry, what was the question? There is this processing form, correct? Yes. But we are not aware of it because there is no truth of factual findings in the Surgery Visa District Court Convolution. Your Honor, I've been told that whether or not that would be available to her in the Florence McClure facility, and I can tell the court from my personal experience, having lived in the district of Nevada for more than 19 years, that my understanding is the Florence McClure Women's Critical Center does not have a lot of facilities or forms or even boxers to assist the visa with filings. That, of course, would be something that we should explore at the district court if the court finds that further factual findings are necessary. But were there ever any findings made by the court below, or can you point to any evidence in the record, that the district court supplied of such to be formed? Must courts have them? There's no evidence in this record that the proper form was supplied to Mrs. Lewis. We don't know that. So I guess that I cannot answer that question based on this record. Now, did the false pay be available to her? Well, we don't know. I do not know that. We don't know what Mrs. Lewis did. The custody status was that she was in the industry of segregation, so she couldn't get the forms achieved. In this instance, one of the rationales why the district court's decision should be overturned is that there is a canon of construction that says that policy and cleanings should be liberally distributed. We do not look at that. But the principles of constitutional process require that the district should not be deprived of the right to have their specific claims heard because of technicalities or slavery of formal or procedure. Sir, can I ask you a question? Yeah. Let me ask you about the formal or procedure, because you basically argue that the district court, in a flash of 60 seconds, or would you say actually less than 30 seconds, in my spot, the district court would have found in an ad hoc decision Five. We've never imposed on the district court the obligation to essentially serve as counsel for a pro se petitioner. And if what you're suggesting, the rule coming out of that, is that we would be imposing both on the persons of the court and the district court judges an obligation to basically supply the basis for the notice of appeal. I mean, all she has is a pair of arms and a piece of paper here. Sir, in a case, do you point us to where this was cabinets? Well, there's questions there, if I may. The first question is, are there factual findings of support that I'm arguing here? And I'm supposed to be in those pages two, three, four, six, or 500. Because what those pages establish is that I'm not asking for the support to impose any further requirements on the district court. What the district court held, and said twice, is that there were fraud screening procedures that courts would have applied to this case, did not occur because of any atypical in and of themselves stream of error. So if the court admitted that normal procedures of the court have been followed, Mrs. Sosa had ample time to have fixed whatever errors the court had perceived in her filing, which I would argue was correct. To the second question, is there a case law that supports this? Yes, there is, Mrs. Sosa. And there is a four years court versus eight years. Sir, both cases, this court has found that full time is appropriate when a district court makes errors of commission. And what was the error of commission that the district court made? One, they administered a flood valve in this case for 15 months. Secondly, we do know that the district court in the district of Adams, and based on these 19 years plus of experience I have in that court, sends out, it's part one, so filing is made and accepted by the court. It's done here as you can see in the docket record. It's sealed out by her telling the petitioner, we have received your filing, and you can sit tight until we tell you what to do, pro se, with the petitioner. That is what happened in this case. So there's a lack of diligence here by Mrs. Sosa. She made a filing, the court accepted it, and she weighed in the court's work. Once the court, and the court says this in this order that I referred the court to in pages 2, 3, 4, and 5, that once the court looked at the case and immediately figured out what was going on, and this was a federal habeas petitioner, appointed a federal public defender in the interest of justice, and told us, look, I'm not going to give you tolling from the period I'm appointing you. So in theory, you file your amended petition. I'm going to give you those three months you have left over. We follow those instructions. File the amended petition within that time period. Now, look, that amended petition raises nothing more than the exact same claims that Neil Lewis raised. She filed a notice of appeal. You can see how aged it is, 19, and it falls. These courts notice of appeal requirements, and they've got federal, federal procedure and the circuit rules. There's a signature. I don't know why the district court didn't have a signature, and the number signature clearly does. As a signature, the court sees appealing to, the decision sees appealing from, and that decision, no matter what sufficient detail, applying that to pass a district court decision within seconds. And the state cannot say, oh, fine, it's been adjourned. Do you want to re-search that for me? I'm sorry. I'm finding it down there. I don't. That's great. I just wanted to remind you. Thank you. Ma'am, this is the court. I am Deputy Attorney General Dan Roche, and I represent the respondents in this matter. Mr. Roche, what would have happened if a district court had properly recognized Ms. Lewis' notice of appeal as an attempt to initiate habeas proceedings? I imagine that she would have done exactly what she did later, which was appoint a federal public defender to represent her. And would she have received a filing of a notice from the court that her filing was deficient? Yes. If they had recognized that it was an habeas petition, she probably would have received a notice that it was deficient. The problem is there was a stringing order, right? Yes. Okay. And she still had, like, eight days left on her end of the clock when she filed the document. So I'm wondering if, or the erroneous docketing of it, whether Ms. Lewis could have had time to attempt to cure the deficiency in her filing of the court's statute of limitations. I hesitate to agree that it was an erroneous docketing. If you look at what she filed, EOR pages 19 through 23, there's no indication that it's a habeas petition. She has a preference of a lower court case number. There's no way to tell whether it's even a civil or a criminal case. And does that mean that the district court doesn't look at it for a year? Because it apparently – Oh, that's an error. That's right. Once the district court looked at it, apparently a year later, so trying to figure out what happens with miscellaneous filings in Nevada, once the district court looked at it, it immediately saw that it was habeas and appointed a federal public defender. I'm trying to figure out, was she affirmatively misled somehow by the district court because the district court accepted and sent her a confirmation that her documents were filed and yet never did anything for many years? That is an error. It probably should have been reviewed earlier. The problem is that the cause of that error is the fact that the original documents don't indicate what they are. The court clerk documented it not as a habeas matter because the court clerk couldn't determine from the face of it that it was a habeas matter. Well, how could it not be a habeas matter when she says she's appealing from a board of state of Nevada with a judgment in order rendered against her in the sense of how that Supreme Court of Nevada joined it? It could have been a civil case. She could have been a 1983 civil rights lawsuit. But the document that is miscellaneous leaves everyone in a limbo. The alternative is to put the onus on the federal district court judges to be able to determine what something is immediately when the forms for a habeas petition are provided to petitioners. Well, I guess the general strategic would be to say this is just a bizarre situation. This was documented as a miscellaneous document, and then stuck in the file for over a year, and not to say that we're going to make a new rule, but to say this is so extraordinary, just so unusual, and all she's going to get is a chance to see if she has a claim. Why are you fighting so hard against this? Tell me. Well, there's a few reasons. I'm not fighting hard against it. What's the reason? The rules are clear. A district court judge didn't do anything wrong in this case. The court clerk docketed an unknown matter. It wasn't brought up for review quickly enough. The district court judge, as soon as she found out it was there, went above and beyond. When was the district court assigned to this matter? She was assigned this matter, I believe, a few months after it was filed. It was reassigned. That's one of the issues here. So what control would appellate have over any of the court processes that left this to come up? The obvious control of filing a habeas petition. There's a form petition out of thousands. Does it not counsel that the proper habeas form is even sitting somewhere within your grasp? It was clear that she was a prisoner. You knew what prison she came from. And so did, ostensibly, the clerk's office, who docketed this. They've seen these petitions before from the same address. So there's no question that it's the criminal realm for, per se, prisoner civil rights. But why just that incentive? Well, that's a mistake. But it doesn't create an extraordinary circumstance because the petitioner costs that circumstance. She wasn't forced to file the documents that don't specify what jurisdiction she's on. Do you know anything about this document, this form? I don't. I haven't seen it before, other than in this case. And it doesn't quite make sense, because you're right. As a federal district court docket, you need to file a book of states that it's an appeal from. And I referred her to the same notice of appeal that she filed with the state. And they sent it back within 30 days. She filed that April 1st, didn't she? That's according to the record. And then in April, April 30th, it comes back. And so she knows she's got to file it somewhere else. It's not that she wasn't following directions. But she didn't hear. And it presupposes that the proper form is sitting somewhere in a prison waiting to be handed out. Or the instructions on Habeas Petitions, or any other prisoner's Habeas Petition, or any court decision that talked about the requirements for a Habeas Petition. All to see if the Habeas Rule sets forth the requirements for a Habeas Petition. She only complied with one of those rules. And that is that it was legible. You can read it. Other than that, she didn't comply with a single requirement for a Habeas Petition. And normally, she would have been told through a screening order that it was deficient. If you're going to bring up what's going on in those facts, you'd have to think about the fact that she waited 18 months after the end. And there was no correspondence with the court whatsoever. So there's no reasonable diligence to be focused on. Because she never heard that it was not accepted. That's not reasonable diligence to just sit back and wait. Well, our Habeas Petitions sit for years. Not without a response from the court. We have precedent that 21 months is not enough to show that there wasn't due diligence. Do you have any counter-report that says 18 months is? You have to be able to articulate some actions she took to show reasonable diligence. And I don't see how you can do that on this record. There's no indication of any action whatsoever on her part of unmailing a completely noncompliant document. Do you have the exhibit DR-19 in front of you? Yes, I do. Okay. It's clearly seen by a prisoner, correct?  Florence McClure, Woman's Correctional Center. Yes, sir. And the address is that? The true address for the Florence McClure? Okay. The petitioner intended to appeal a decision of the Nevada Supreme Court in the sentence upheld. I'm just trying to figure out, if we can conclude that the dog-kitting error, you know, that there's considerable blame on the court, why would this error not satisfy the extraordinary circumstances? In the words of the Supreme Court, as of April 3rd, and in the Plano v. Ford, that district courts are not allowed to have an advocacy council for petitioners. So the rule that this court has adopted is that if the court affirmatively misleads the petitioner, then you might be able to find extraordinary circumstances. A decision to grant a bill to a lawyer in this case would turn that on its head and say the district court's failure to do something, to do anything at all, is affirmatively misleading to a petitioner. That's basically what you would have to hold. And that's contrary to my answer to your question. If she's appealing the sentence, then she's not filing a 1983 action, right? She's prosaic. Well, but then you would come up and argue, hey, I'm free. But in terms of a fair reading, and even if we're supposed to give somewhat of a liberal standard to prosaic pleadings, she has, as Judge McGeehan says, a prison address, and she's appealing her sentence that was imposed by the Nevada Supreme Court. So that all but says everything but he means, doesn't it? The district court found in her order that she was not able to determine what Ms. Lewis's intentions were until she went and looked to the state court record. She had to look beyond the document itself to determine that this woman wanted to file or maybe intended to file a petition. She immediately appointed the federal public defender's office, and that's what happened in this case. She couldn't determine from the document. No one, the court clerk, the district judge, no one determined from the face of this document that it was a hate speech petition. And the brief minutes left. If you're concerned about the equity of this case, I want you to look to the petition. There's one claim that counsel wasn't effective for failing to inform her that she was eligible for habitual criminal adjudication. And yet the charging document visited her prior convictions and told her she was eligible. Her plea memorandum informed her she was canvassed by the district court judge about her eligibility for habitual criminal adjudication. And when she had a state false conviction evidentiary hearing, the state district court heard testimony from her attorneys and from her found that her testimony was belied by the record and denied the claim. That's the sole claim in her hate speech petition. Why are we encouraging her to proceed further with a claim that's frivolous? It's debatable whether a certificate of repealability should be granted in this case. So I would ask you to affirm that the district court, she made the right decision. And with that, I'll stop here. Thank you. First, Josh, to answer the court's question, the district court judge appointed one day after the filing, as you can see in the court record, the clerk's record. Secondly, the prior plea for is not a case by Echols. Totally Echols, following in Cursa's control by Holland, which is a Supreme Court case. There, the finding was so extraordinary, circumstantial, it's not a factual finding in this case from the district court. What happened here was atypical and anomalous. And I submit that if you look up atypical and anomalous, you'll find language in the dictionary that's quite close to the word extraordinary. Secondly, thirdly, the merits of the claim, I hope I didn't say anything about this wrong, but the merits of the claim for this case, this is a good claim that she has. She paid $18,000 to hire this attorney, also a pretty famous attorney in Nevada, James Buckey Buchanan. He died three days later. Nobody ever came to see her in prison. Nobody ever accepted her calls. When she went to the preliminary hearing, they pled her guilty to a 10-year, a potential 10 to 25-year mandatory remand sentence. Without ever having seen her, discussing the plea right now with her, and discussing her implications about the individual offender statute, I guarantee you in my office, if you pulled any stuff like that, you'd be packing your car to head out of the office the next day. No question, no effective attorney would ever plead something to a 10-year mandatory remand without sitting down with them and discussing it, and the factual findings in the state court record fully supports an effective assistance account. And I would just close. This case is just about whether her petition was timely. It was timely because it was timely filed, and that it was organized. She came back full tolling, and all we are asking for is to have her highly meritorious state court claim heard. That's all we're asking for, not much. And I thank the court's time and attention. You know, good day. Thank you. Thank you both, counsel, for your arguments this morning. The case of Louis V. Nevada is submitted. The next case is Schitzer v. Jolly Good.
judges: McKeown, Murguia, Rufe